UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X
PAMELA H. BORDEN,                                      :

                                Plaintiff,            :          **Civil
                                                      :          Action No.:**  08 Civ. 6429
            – against –                               :
                                                      :          <u>**Notice of Appearance**</u>
VERIZON SICKNESS AND ACCIDENT DISABILITY              :
PLAN FOR NEW YORK ASSOCIATES, VERIZON                 :
LONG-TERM DISABILITY PLAN FOR NEW YORK                :
AND NEW ENGLAND ASSOCIATES, VERIZON                   :
PENSION PLAN FOR NEW YORK AND NEW                     :
ENGLAND ASSOCIATES, VERIZON MEDICAL                   :
PLAN, VERIZON CLAIMS REVIEW COMMITTEE,                :
VERIZON COMMUNICATIONS, INC., AND AETNA               :
LIFE INSURANCE COMPANY                                :
                                                      :
                                Defendants.           :
——————————————————————X
SIR:

## PLEASE TAKE NOTICE, THAT:

     Pamela H. Borden, by her attorneys, DeHaan Busse LLP,  hereby appears in the above-captioned action, and demand that service of all papers be made upon the undersigned at the office and post office address stated below, or via ECF, where required by the Court:

John W. DeHaan, Esq.
DeHaan Busse LLP
300 Rabro Drive, Suite 101
Hauppauge, New York 11788

Dated: August 13, 2008
     Hauppauge, New York

By:    DEHAAN BUSSE LLP

John W. DeHaan, Esq.
Attorney for Plaintiff
300 Rabro Drive, Suite 101
Hauppauge, New York 11788
Tel: (631) 582-1200